BENJAMIN STERN v. BENJAMIN STEIN and Others, Impleaded with LOUIS MINTZ and SARAH KOPELMAN.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PONTOOSUC WOOLEN MANUFACTURING COMPANY v. ABRAHAM SCHEINBERG.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JESIMON CORPORATION and JOSEPH R. NORWOOD v. PETER DOELGER BREWING COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARRY BLACK v. ISIDORE and ETHEL GOLDSTEIN, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FIRST NATIONAL BANK OF BRIDGEPORT, CONNECTICUT, v. VICTOR L. ZORN Co., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before December 2, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANCES BUTKEVICUS v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS.— Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of PHILIPPINE (or PHILIPPINA) WISSMAN, a Legatee and Next of Kin of CHARLOTTE GEYER, Deceased, for a Determination as to the Construction or Effect of the Last Will and Testament of CHARLOTTE GEYER, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

DOUGLAS V. ESKELL, INC., v. CANDEE, SMITH & HOWLAND Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JAMES T. HALLINAN, as Executor, etc., of LOUISA G. FOX, Deceased, v. HENRY REDMOND SKILLEN and GEORGE W. SKILLEN and ROBERT LEROY ROBINSON and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of JOHN R. WILCOX against THE TEACHERS' RETIREMENT BOARD, a Domestic Corporation.— Motion for leave to appeal denied, with ten dollars costs, and motion for a stay granted, upon appellant's filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN FRANCIS STRAUSS and CLAUDE S. HEDGES v. LEOPOLD SCHOENBRUNN and JULIUS KELLER.— Motion for leave to appeal denied, with ten dollars costs, and motion for a stay granted, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROBERT REIS & COMPANY v. SAMUEL W. MINTZER and JOSEPH SCHWARTSBERG.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.